UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA HAMMITTE, DAVID STONE,
JOSEPH STEWART, and
AMERICAN INDIAN SERVICES, INC., on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.                                                                                    Case No. 06-11655

MICHAEL O. LEAVITT, in his                                      HONORABLE AVERN COHN
official capacity as Secretary of the
Department of Health and Human Services,
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, CHARLES W. GRIM,
in his official capacity as directed of Indian Health
Service, and INDIAN HEALTH SERVICE,

    Defendants.
_____/

## AMENDED ORDER REQUIRING SUPPLEMENTAL PAPERS

This is a case arising out of the provision of medical services to American Indians in Metropolitan Detroit. Before the Court is defendants' Motion to Dismiss. The Court held a hearing on the motion on October 24, 2005. At the hearing, the Court directed the parties to submit supplemental papers. On October 25, 2006, the Court entered an Order Requiring Supplemental Papers. This Amended Order further clarifies the nature of the supplemental papers requested particularly as to defendants, as follows:

> If the Appropriations Act makes a lump sum appropriation to "Urban Health," defendants shall provide information regarding the criteria for allocating the lump-

sum to the several programs and services provided under the appropriation to Urban Health and any criteria for reprograming, etc.

The Court is looking to understand how funds for Urban Health are allocated by Congress and by defendants.

SO ORDERED.

                                                    s/Avern Cohn  
                                                    AVERN COHN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 26, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 26, 2006, by electronic and/or ordinary mail.

                                                    s/Julie Owens  
                                                    Case Manager, (313) 234-5160